# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERMAIN PEREZ VARGAS (6),<br><br>Defendant | Case No.: 20CR0867-CAB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING** |

Upon application of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the joint motion to continue is granted. The Sentence with Presentence Report scheduled for June 4, 2021 shall be continued to August 27, 2021, at 9:30 a.m.

IT IS SO ORDERED

DATED: June 2, 2021

_____
HON. CATHY ANN BECIVENGO
United States District Judge